UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alec Tabak,

             Plaintiff,

     -v-

Heavy Inc.,

             Defendant.

22-cv-01639 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On 10/25/22, the Court held a telephonic conference in the above-captioned case at which James H. Freeman of the Sanders Law Group for plaintiff Alec Tabak and Marc Andrew Lebowitz of Lebowitz Law Offices LLC for defendant Heavy Inc. were present. Counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

New York, NY
October 25, 2022

JED S. RAKOFF, U.S.D.J.

1